IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CERTAINTEED CORPORATION,     :
Plaintiffs                       :     Civil Case Number
                                :
          v.              :
                                :
NICHIHA USA, INC. and        :     NO. 09-CV-3932-LS
BRUNO C. DEMEY           :
Defendants                :

ORDER

**AND NOW**, this 29th day of October, 2009, upon consideration of defendant

Nichiha USA, Inc's Motion to Dismiss, Transfer, or Stay (Doc. #7), defendant Bruce C.

Demey's Motion to Dismiss, Transfer, or Stay (Doc. # 11), Plaintiff CertainTeed

Corporation's Response to the Motions to Dismiss, Transfer, or Stay (Doc. #13), and

Defendant Nichiha's Reply Brief (Doc. #27) IT IS HEREBY ORDERED that

Defendants' motions are **DENIED**.

BY THE COURT:


 /s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.